NO. 07-06-0011-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

JUNE 28, 2006

_____

MICHAEL SCOTT, TDCJ-ID NO. 683064, APPELLANT

V.

WARDEN WILLIAM WALKER, ET AL, APPELLEES

_____

FROM THE 181ST DISTRICT COURT OF POTTER COUNTY;

NO. 92741-B; HONORABLE JOHN B. BOARD, JUDGE

_____

Before QUINN, C.J., and REAVIS and HANCOCK, JJ.

**MEMORANDUM OPINION**

Appellant Michael Scott perfected this appeal from the trial court's order dismissing his action against appellees for want of prosecution. The clerk's record has been filed. As no evidentiary hearings were conducted before the trial court, there is no reporter's record. After granting Scott two extensions of time to file his appellate brief, Scott's brief was due

to be filed by June 5, 2006.  Appellant had failed to file a brief by the June 5 deadline.  This court then notified Scott, by letter, that he must file a brief or a response reasonably explaining his failure to file a brief by June 26, 2006, or the appeal would be subject to dismissal for want of prosecution.  Scott has not filed a brief or a response.

Due to Scott's failure to comply with the directive of this court, we dismiss the appeal for want of prosecution.  See TEX. R. APP. P. 38.8(a)(1) and 42.3(b) and (c).


MACKEY K. HANCOCK
JUSTICE